AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Robart, James L. | U.S. Dist Court, W.D. of WA | 04/28/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Dist. Judge (active) | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

700 Stewart Street, 14th Floor
Seattle, WA 98101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee Emeritus | Whitman College |
| 2. | Trustee | Foundation # 1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 04/28/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Paintings sold for cash. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | January 23-24, 2014 | New York, New York | Litigating Disability Claims | Airfare, Lodging, Food, Trasportation, and Parking |
| 2. | American Conference Institute | January 28-29, 2014 | Miami, Florida | Preventing and Defending Long Term Care Conference | Airfare, Lodging, Food, Transportation, and Parking |
| 3. | Waseda University | February 26 -March 2, 2014 | Tokyo, Japan | FRAND Patents | Airfare, Lodging, Transportation, and Parking |
| 4. | University of Southern California | March 17-19, 2014 | Los Angels, California | IP Institute | Airfare, Lodging, Food, Transportation, and Parking |
| 5. | GPO and Munich Technical University | March 24-28, 2014 | Bonn, Germany | Patent Law | Airfaire, Lodging, Food, Transportation, and Parking |

| Name of Person Reporting | Date of Report |
|---|---|
| **Robart, James L.** | 04/28/2015 |

| | | | | |
|---|---|---|---|---|
| 6. | American Conference Institute | March 31- April 1, 2014 | Philadelphia, Pennsylvania | Bad Faith Litigation | Airfare, Lodging, Transportation, and Parking |
| 7. | American Conference Institute | April 27-28, 2014 | Chicago, Illinois | Chemical Products Liability & Environmental Litigation | Airfaire, Lodging, Transportation, and Parking |
| 8. | Mortgage Bankers Association | May 4-5, 2014 | San Diego, California | Judicial Panel -- Legal Issues and Regulatory Compliance | Airfaire, Lodging, Transportation, and Parking |
| 9. | American Conference Institute | May 29-30, 2014 | New York, New York | Wage & Hour Claims Conference | Airfaire, Lodging, Transportation, and Parking |
| 10. | California Bar Association IP Section | June 6-7, 2014 | Santa Barbara, California | FRAND Patents | Airfaire, Lodging, Food, Transportation, and Parking |
| 11. | GPO/Munich IP Lawyers/ TUM | June 24-28, 2014 | Munich, Germany | SEP Patent Infringement | Airfaire, Lodging, Food, Transportation, and Parking |
| 12. | IP Owners Association | September 7-9, 2014 | Vancouver, British Columbia, Canada | Trademark and IP Litigation | Lodging, Food, Transportation, and Parking |
| 13. | American Conference Institute | September 22-23, 2014 | Dallas, Texas | Residential Mortgage Litigation | Airfaire, Lodging, Transportation, and Parking |
| 14. | American Conference Institute | October 27-28, 2014 | New York, New York | ERISA Litigation & Insurnace Allocation | Airfaire, Lodging, Transportation, and Parking |
| 15. | University of Texas School of Law | November 4-7, 2014 | Austin, Texas | Advanced Patent Law Institute | Airfaire, Lodging, Food, Transportation, and Parking |
| 16. | Cravath, Swain & Moore | December 3-5, 2014 | New York, New York | IP CLE | Airfaire, Lodging, Food, Transportation, and Parking |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 04/28/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | J |
| 2. | Bank of America | Credit Card | J |
| 3. | Whitman College | Multi-year pledge | L |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank | A | Interest | J | T | | | | | |
| 2. Key Bank | A | Interest | J | T | | | | | |
| 3. Oak Harbor, WA Island Cnty Rental Property (2014 - $200,000) | A | Rent | N | S | | | | | |
| 4. Bank of Washington Common Stock | | None | J | T | | | | | |
| 5. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 6. -- Starbucks Common Stock | E | Dividend | P1 | T | Donated (part) | | | | |
| 7. -- Schwab Money Fund | A | Interest | M | T | | | | | |
| 8. -- Silver Standard Common Stock | | None | | | Sold | 12/14/14 | J | | |
| 9. -- Gabriel Technologies Corp. | | None | | | | | | | See Note # 1 Section VIII |
| 10. -- MSCI Em. Mkts I-Shares | E | Dividend | O | T | | | | | |
| 11. -- MSCI EAFE Index Fund | D | Dividend | N | T | | | | | |
| 12. -- S&P 600 I-Shares | D | Dividend | O | T | Sold (part) | 08/18/14 | N | G | |
| 13. -- Vanguard REIT Fund | E | Dividend | O | T | | | | | |
| 14. -- S&P 500 IShares | E | Dividend | O | T | | | | | |
| 15. -- Boston Priv. Fin. Hldg. | B | Dividend | L | T | | | | | |
| 16. Chevron Common Stock | D | Dividend | N | T | | | | | |
| 17. Vanguard GNMA Mutual Fund | C | Dividend | | | Sold | 08/14/14 | M | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L.. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.    BROKERAGE IRA #1 | | | | | | | | | |
| 19.    -- MSCI EAFE Index I-Shares | E | Dividend | P1 | T | | | | | |
| 20.    -- S&P Small Cap 600 IShares | E | Dividend | O | T | | | | | |
| 21.    -- GE Capit. Notes | C | Interest | | | Matured | 07/20/14 | L | | |
| 22.    -- S&P 500 I-Shares | E | Dividend | O | T | | | | | |
| 23.    -- Schwab Money Fund | A | Interest | M | T | | | | | |
| 24.    -- Capmark Bank CD | C | Interest | | | Matured | 01/28/14 | L | | |
| 25.    -- SallieMae Bank CD | C | Interest | | | Matured (part) | 04/09/14 | L | | |
| 26.    -- U.S. TIPS | C | Interest | O | T | Matured (part) | 04/15/14 | L | | |
| 27. | | | | | Buy (add'l) | 04/17/14 | M | | |
| 28.    -- Vanguard REIT | E | Dividend | O | T | | | | | |
| 29.    -- Emrg. Mkt. I-Share | D | Dividend | N | T | | | | | |
| 30.    -- General Mills Notes | C | Interest | L | T | | | | | |
| 31.    -- Bank of America Notes | C | Interest | M | T | | | | | |
| 32.    -- Morgan Stanley Notes | D | Interest | M | T | | | | | |
| 33.    --CISCO Systems Note | D | Interest | M | T | | | | | |
| 34.    -- Discover Bank CD | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L.. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   --Goldman Sachs Notes | C | Interest | M | T | | | | | |
| 36.   --Pfizer Notes | C | Interest | M | T | | | | | |
| 37.   --GE Cap. Bank CD | B | Interest | M | T | | | | | |
| 38.   --Goldman Sachs BK CD | B | Interest | M | T | | | | | |
| 39.   --Conoco Phillips Notes | D | Interest | M | T | | | | | |
| 40.   --GE Cap Retail CD | B | Interest | M | T | | | | | |
| 41.   --J.P. Morgan Chase | B | Interest | M | T | Buy | 01/27/14 | L | | |
| 42.   --Amercan Express Bank CD | B | Interest | L | T | Buy | 10/01/14 | L | | |
| 43.   --Synchrony Bank CD | C | Interest | M | T | Buy | 06/30/14 | M | | |
| 44.   BROKERAGE IRA #2 | | | | | | | | | |
| 45.   -- Janus Balanced Mut. Fund | B | Dividend | K | T | | | | | |
| 46.   -- T.R. Price New Asia Mut. Fund | B | Dividend | K | T | | | | | |
| 47.   -- Schwab Money Fund | A | Interest | J | T | | | | | |
| 48.   -- MSCI EAFE Index Fund | A | Dividend | K | T | | | | | |
| 49.   -- S&P 500 I-Shares | C | Dividend | M | T | | | | | |
| 50.   -- MSCI Em. Mkts I Share | B | Dividend | L | T | | | | | |
| 51.   -- S&P Small Cap 600 I Shares | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. --IBM | A | Dividend | J | T | | | | | |
| 53. --Vanguard REIT | B | Dividend | K | T | | | | | |
| 54. FOUNDATION # 1 | | | | | | | | | |
| 55. -- Boeing Common Stock | B | Dividend | | | Donated | | | | |
| 56. -- Exxon Mobil Common Stock | B | Dividend | | | Donated | | | | |
| 57. -- IBM Common Stock | B | Dividend | | | Donated | | | | |
| 58. -- 3M Common Stock | B | Dividend | | | Donated | | | | |
| 59. -- RBC Prime Money Fund | A | Dividend | K | T | | | | | |
| 60. -- Keeley Sm. Cap. Fund | A | Dividend | | | Donated | | | | |
| 61. -- Russell Emerg. Mkts FD | | | | | Sold | 01/09/14 | L | | |
| 62. -- Eaton Vance Strag Income FD | D | Interest | | | Donated | | | | |
| 63. -- Pimco Bd. Fund | A | Interest | | | Donated | | | | |
| 64. -- J.P. Morgan Strag Income Bd. Fund | C | Interest | M | T | | | | | |
| 65. -- Praxair | A | Dividend | | | Donated | | | | |
| 66. -- IShares Med Devices | A | Dividend | | | Donated | | | | |
| 67. -- IShares Tech Index | A | Dividend | | | Donated | | | | |
| 68. -- IShares Consumer Serv Index | A | Dividend | | | Donated | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- J.P. Morgan Large Cap Fund | A | Dividend | | | Donated | | | | |
| 70. -- Pimco All Assets Fund | B | Dividend | | | Donated | | | | |
| 71. -- Prinicipal Mid-Cap Fund | A | Dividend | N | T | | | | | |
| 72. -- Henderson Glb. Equ. | D | Dividend | | | Donated | | | | |
| 73. Vanguard Intl. Tax Managed Fund | E | Dividend | P1 | T | | | | | |
| 74. 7MB Tech. Corp. | | None | K | T | | | | | |
| 75. Builders Capital Part. | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 04/28/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Registration revoked by SEC (1/29/2014). Written off as worthless.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James L. Robart**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544